RICHARD JEWTRAW, Respondent-Appellant, *v.* HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant-Respondent.

Submitted November 14, 1955; decided January 12, 1956.

*Clifford W. McCormick* for plaintiff.
*Bruce R. Sullivan* for defendant.

Motion to dismiss plaintiff's cross appeal granted and cross appeal dismissed.

Cross motion to dismiss a portion of defendant's appeal granted to the extent of striking from defendant's notice of appeal all reference to the order of reversal entered June 28, 1954, upon the ground that it does not necessarily affect the final judgment appealed from within the meaning of section 580 of the Civil Practice Act.